# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-21-00121-CV

**In re Elizabeth Weston**

---

### ORIGINAL PROCEEDING FROM COMAL COUNTY

---

### O R D E R

**PER CURIAM**

Relator Elizabeth Weston has filed an Opposed Motion for Emergency Temporary Relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay all proceedings in the trial court for thirty days, pending further order of this Court. *See id*. 52.10(b).

It is ordered on May 4, 2021.

Before Chief Justice Byrne, Justices Baker and Smith